IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
SEP 29 2004

Michael N. Milby, Clerk

| | |
|---|---|
| DAVID FOWLER § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H 04 0043 |
| § | ADMIRALTY |
| BROWN WATER MARINE SERVICE, § | |
| INC. AND BROWN WATER TOWING I § | |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT AND
## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Plaintiff, David Fowler, and the Defendants, Brown Water Marine Service, Inc. and Brown Water Towing I, pursuant to FED. R. CIV. P. 41(a)(1)(ii) showing as follows:

The Plaintiff and the Defendants have reached a settlement wherein they have agreed, subject to the Court's approval, to the dismissal with prejudice of all the Plaintiff's claims in the captioned matter. No other party has entered an appearance in this matter. The parties have agreed to bear their own court costs.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendants respectfully request the Court grant their Joint Motion to Dismiss with Prejudice the claims by the Plaintiff asserted against the Defendants in the above styled and numbered cause. In addition, the Plaintiff and the Defendants request all other relief to which they may be entitled at law, in equity, or in admiralty.

49477:1120299.1:090304

Respectfully submitted,

*[signature]*

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR DEFENDANTS,
BROWN WATER MARINE SERVICE, INC. AND
BROWN WATER TOWING I, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

*[signature]*

Stephen M. Vaughan
Federal I.D. No. 483
State Bar No. 20513400
712 Main Street, Suite 1600
Houston, Texas 77002
(713)228-7425
(713)228-7329 Facsimile
ATTORNEY FOR PLAINTIFF,
DAVID FOWLER

OF COUNSEL:

TUCKER, VAUGHAN, GARDNER & BARNES, P.C.